People of State of Illinois, Defendant in Error, v.
Louie Cosper, Plaintiff in Error.

Gen. No. 45,222. 

First District, Third Division.
June 29, 1951.
Released for publication July 30, 1951.

Herbert M. Wetzel, for
plaintiff in error; Demetri M. Spiro and L. B. Weir, of counsel;
John S. Boyle, State's Attorney of Cook County, for defendant in
error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning,
and William J. McGah, Assistant State's Attorneys, of counsel.
Opinion by JUDGE LEWE. Not to be published in full.